A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Apr 23, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 08, 2010

FILED
CLERK'S OFFICE

IN RE: DENTURE CREAM
PRODUCTS LIABILITY LITIGATION
    John Dixon v. The Procter & Gamble Manufacturing Co., et al.,
        N.D. California, C.A. No. 3:10-1096
    Dora Annette Rowlen v. The Procter & Gamble Distributing,
        LLC, et al., N.D. Mississippi, C.A. No. 1:10-65

MDL No. 2051

**CONDITIONAL TRANSFER ORDER (CTO-8)**

On June 9, 2009, the Panel transferred 11 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 624 F.Supp.2d 1379 (J.P.M.L. 2009). Since that time, 16 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Cecilia M. Altonaga.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Altonaga.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 9, 2009, and, with the consent of that court, assigned to the Honorable Cecilia M. Altonaga.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Gracie Gomez       Deputy Clerk
Date Apr. 23, 2010